# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:17CR335 |
| vs. | ORDER |
| GERARDO URENA-RUELAS, | |
| Defendant. | |

This matter is before the court on defendant's Motion for Extension of Time for Filing Pretrial Motions [49]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 10-day extension. Pretrial motions shall be filed by December 22, 2017.

**IT IS ORDERED:**

1. Defendant's Motion for Extension of Time for Filing Pretrial Motions [49] is granted. Pretrial motions shall be filed on or before December 22, 2017.

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between December 12, 2017 and December 22, 2017, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 5th day of December, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge