# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR335 |
| vs. | |
| GERARDO URENA-RUELAS, | ORDER |
| Defendant. | |

This matter is before the court on defendant's Motion for Extension of Time for Filing Pretrial Motions [61] and a Supplement to the motion [62]. For good cause shown, I find that the motion [61] should be granted and the supplement to the motion will be termed on the docket. The defendant will be given an approximate 30-day extension. Pretrial motions shall be filed by February 20, 2018.

**IT IS ORDERED:**

1. Defendant's Motion for Extension of Time for Filing Pretrial Motions [61] is granted. Pretrial motions shall be filed on or before February 20, 2018.

2. The Supplemental and Unopposed Motion for Extension of Time for Filing Pretrial Motions [62] will be termed on the docket as a supplement to the Motion [61].

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between January 18, 2018 and February 20, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated this 19th day of January, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge